UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION


FILED IN OPEN COURT
ON 5-19-2020
Peter A. Moore, Jr., Clerk
US District Court
Eastern District of NC

NO. 5:20-CR-242-1M(4)

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | **INDICTMENT** |
| ) | |
| IKECHUKWU AGUSTINE OKEKE ) | |

The Grand Jury charges that:

On or about November 8, 2016, in the Eastern District of North Carolina, the defendant, IKECHUKWU AGUSTINE OKEKE, did knowingly make a false statement and claim that he was a citizen of the United States in order to register to vote, in violation of Title 18, United States Code, Section 1015(f).

A TRUE BILL

**REDACTED VERSION**
Pursuant to the E-Government Act and the federal rules, the unredacted version of this document has been filed under seal.

FOREPERSON

5/19/20
DATE

ROBERT J. HIGDON, JR.
United States Attorney

*Sebastian Kielmanovich*
BY: SEBASTIAN KIELMANOVICH
Assistant United States Attorney

1